## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Harry Walters, III,**<br>**Plaintiff,**<br><br>**v.**<br>**Henry Molded Products, Inc.,**<br>**Defendant.** | **NO. 1:10-CV-1951** |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on April 14, 2011, and the results of the conference are indicated below:

(a)  The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

     X  All individual parties and their counsel.
     X  Designated corporate representatives.
    ___  Other (Describe). _____
     _____
     _____

(b)  The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

     NONE

(c) The outcome of the mediation conference was:

     _____ **The case has been completely settled.** Counsel will promptly notify the court in writing.

     _____ **The case has been partially resolved**. Counsel have been instructed to file with the court, a joint stipulation regarding those claims which have been resolved within ten (10) days of this report. The following issues remain for this court to resolve:

_____

_____

_____

     X      **The parties have reached an impasse.**

**Done this 28th day of April, 2011.**

/s/Linda C. Barrett_____
Signature of Mediator

Linda C. Barrett_____
Name of Mediator
Phone (717) 787-9347